# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN, | ) | 3:11-cv-0187-ECR (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 8, 2011 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion for Leave to Depose an Incarcerated Individual (Doc. #20).  Good cause appearing,

   Defendants' Motion for Leave to Depose an Incarcerated Individual (Doc. #20) is **GRANTED**. Defendants shall provide Plaintiff a copy of the deposition transcript at Defendants' expense.

   **IT IS SO ORDERED.**

                                                         LANCE S. WILSON, CLERK

                                                         By:   /s/
                                                              Deputy Clerk