UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA


RANDALL N. WIIDEMAN,              )    3:11-cv-00187-ECR-WGC
                                  )
     Plaintiff,                   )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: March 28, 2012
                                  )
RICHARD RIMINGTON,                )
                                  )
     Defendant.                   )
_____)

PRESENT:      EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Judicial Assistant:  Candace Knab    Reporter:    NONE APPEARING

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

     On March 1, 2012, the Magistrate Judge filed a Report and Recommendation (#37) recommending that Defendants' Motion to Dismiss Based on Suggestion of Death(#34)be granted.  No objections were filed.

     **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#37) is well taken and is **APPROVED** and **ADOPTED**. Defendants have represented to the Court that Plaintiff passed away on or about October 23, 2011, and that no successor or representative of Plaintiff is known or readily available.

     **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Based on Suggestion of Death (#34), filed on February 3, 2012, is **GRANTED**.

     The Clerk shall enter judgment accordingly.

                                        LANCE S. WILSON, CLERK

                                        By _____/s/_____
                                             Deputy Clerk